JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FARZAD FARAHANI PASHAEI, | ) | CV08-8292-AHM (SSx) |
| Plaintiff(s), | ) ) | ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE |
| v. | ) ) | |
| ALBERTO GONZALES, *et al.,* | ) ) | |
| Defendant(s). | ) ) | |

On April 17, 2009, the Court ordered plaintiff to show cause in writing, no later than April 27, 2009, why the above-entitled action should not be dismissed as to all remaining defendants for lack of prosecution. To date, plaintiff has not complied with this order.

Accordingly, good cause appearing therefor, the Court hereby DISMISSES this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: April 29, 2009

JS - 6

A. HOWARD MATZ
United States District Judge